FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jun 21, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENE C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No.  1:21-cv-3162-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

On June 15, 2022, the parties filed a Stipulated Motion for Remand. ECF No. 14.  The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED.**

2. Judgment shall be entered for **Plaintiff**.

---

[1] For privacy reasons, the Court refers to every social-security plaintiff by first name and last initial or by "Plaintiff." See LCivR 5.2(c).

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council is to instruct the ALJ to:

- hold a new hearing for Plaintiff;
- reevaluate the opinions of record, as necessary, consistent with 20 C.F.R. § 416.927;
- reconsider Plaintiff's symptoms, consistent with 20 C.F.R. § 416.929 and Social Security Ruling (SSR) 16-3p;
- reassess Plaintiff's residual functional capacity pursuant to 20 C.F.R. § 416.945, SSR 85-16, and SSR 96-8p; and
- proceed with the sequential evaluation as necessary.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and provide copies to all counsel.

**DATED** this 21st day of June 2022.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge